■ MICHAEL MURRAY, Respondent-Appellant, v RUDOLF BASS, INC., Appellant-Respondent. (Appeal No. 1.) [642 NYS2d 846] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: We reject the contention that Supreme Court erred in denying defendant's motion to vacate the default judgment. Defendant's submissions fail to establish a reasonable excuse for the delay and a meritorious defense to the action (*see*, CPLR 5015 [a] [1]; *Voss Dental Lab v Surgitex, Inc.*, 210 AD2d 985). We agree with defendant, however, that the court erred in awarding plaintiff liquidated damages under Labor Law § 198 (1-a). The complaint does not request liquidated damages pursuant to that section of the Labor Law, and "[a] default judgment cannot exceed in amount or differ in the kind of relief from that demanded in the complaint" (*Sanford v Powers* [appeal No. 1], 93 AD2d 985; *see*, CPLR 3215 [b]). We, therefore, modify the judgment by vacating the award of damages of $11,596 pursuant to Labor Law § 198 (1-a).

—Order unanimously affirmed without costs. Same Memorandum as in *Murray v Rudolf Bass, Inc.* ([appeal No. 1] 226 AD2d 1068 [decided herewith]). (Appeals from Order of Supreme Court, Erie County, Notaro, J.—Vacate Default Judgment.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.